UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MATTHEW L. BROWN
CHIEF PROBATION OFFICER

U.S COURTHOUSE
445 Broadway, Room 347
Albany, New York 12207
518-257-1700
FAX 257-1701

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 0 9 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES OF AMERICA

-v-

AKIL JACKSON

DECLARATION
1: 09-CR-00522

NORTHERN DISTRICT OF NEW YORK

Christopher V. McNeill declares that he is a United States Probation Officer and that:

On February 6, 2009 U.S. Magistrate Judge David R. Homer released defendant Akil Jackson to U.S. Pretrial Services supervision in accordance with the release conditions previously set in the District of Massachusetts by U.S. Magistrate Judge Leo T. Sorokin. Jackson on January 21, 2009. Defendant Jackson then returned to the District of Massachusetts where he has been supervised by U.S. Pretrial Services in Boston.

A condition of Jackson's release is that he not commit any offense in violation of federal, state or local law.

However, on Saturday, November 7, 2009 at approximately 0935 hours, defendant Jackson was the subject of a traffic stop after being observed running a red light. This traffic stop ultimately resulted in the seizure of a felony amount of cocaine from his person, specifically located in the right front pocket of his jacket. A search of the unregistered vehicle Jackson was operating without a valid driver license resulted in the seizure of a fully loaded sawed off Remington 22 caliber rifle and a bag containing 208 grams of marijuana. The rifle was seized from behind the 3rd row seat of the vehicle. The bag of marijuana was located on the 3rd row seat of the vehicle. The Boston Municipal Court has set bail at $15,000 cash.

Accordingly, it is the recommendation of the U.S. Probation Office that a warrant be issued for the defendant's failure to comply with his conditions of release based on the following:

| Condition Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. |

On November 7, 2009, defendant Jackson was arrested by a Massachusetts State Police Patrol in Boston, Massachusetts and charged with Unlawful Possession of a Firearm, Possession of a Sawed Off Firearm, Unlawful Possession of Ammunition, Unlawful Possession with Intent to Distribute/Class B and Class D, and Failure to Stop/Yield and Unlicensed Operation of Motor Vehicle.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Christopher V. McNeill
Supervising United States Probation Officer
Date: November 9, 2009

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

This declaration warrant and all documents attached hereto are **SEALED** until such time as the warrant generated by this declaration is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this declaration or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the declaration.

_____ on behalf of Judge Homer
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF NEW YORK

November 9, 2009
DATE